# EXHIBIT 1

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **22-CI-000273**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **PETTY, RICK** VS. **SIEMENS MOBILITY, INC.**, *Defendant*

TO:   **CT CORPORATION SYSTEM**
      **306 W. MAIN ST., SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is SIEMENS MOBILITY, INC.

The Commonwealth of Kentucky to Defendant:
**SIEMENS MOBILITY, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ David L. Nicholson*
Jefferson Circuit Clerk
Date: **1/18/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____     _____
                                    Served By

                                    _____
                                    Title




NO. 22-CI-_____  JEFFERSON CIRCUIT COURT
DIVISION_____
JUDGE _____

*ELECTRONICALLY FILED*

Rick Petty                                                                                              PLAINTIFF

v.                                          **COMPLAINT**

Siemens Mobility, Inc.                                                                        DEFENDANT

**Serve Process Agent:**
C T CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601

*****************

Rick Petty, by counsel, hereby states his Complaint herein:

1. Rick Petty is a resident of Ohio.

2. Defendant Siemens Mobility, Inc. ("Defendant") is a for-profit corporation qualified to do business in Kentucky, with its principal office located in New York. Defendant has designated CT Corporation System as its designated agent for service of process within Kentucky at the address above. Siemens conducts business in Jefferson County, Kentucky at a facility located at 2400 Nelson Miller Pkwy, Louisville, KY.

3. The amount in controversy exceeds the jurisdictional minimum of the Jefferson County Circuit Court.

4. Jefferson County, Kentucky is the proper venue in which to bring the action pursuant to KRS 452.450.

5. The events and initial physical injury described below all occurred on or about the morning

1

of February 20, 2021.

6.  Rick Petty entered onto the Defendant's property in Jefferson County, KY as a business invitee, driving a truck to pick up a load from the Defendant's facility.

7.  Rick Petty was, at all times, in a place on Defendant's premises where Defendant reasonably expected him to be.

8.  Rick Petty exited his truck to assist with loading items he was hired to transport from Defendant's facility.

9.  Rick Petty fell on ice and sustained a complex ankle fracture.

10. Defendant had placed no warning signs related to the ice in the loading area, and otherwise failed to warn Rick Petty of any dangerous conditions in the area where Defendant reasonably expected him to be.

11. Ice and snow storms had passed through Louisville, depositing ice and snow on parking lots such as the loading area at Defendant's facility, and low overnight temperatures had caused some melted ice and snow to refreeze.

12. The ice which caused Rick Petty to fall on the Defendant's property was not apparent to him until after he fell.

13. Defendant allowed unreasonably dangerous conditions to exist on its property, specifically in the parking lot at the loading area where Rick Petty fell.

14. Defendant owed a duty to Rick Petty to inspect its premises, make them safe, and remove any unreasonably dangerous condition, such as the ice which caused Rick Petty to fall and break his ankle.

15. Defendant knew, or in the exercise of ordinary care should have known of the unreasonably

dangerous condition that existed on the property.

16. The unreasonably dangerous condition on Defendant's property posed a serious risk and threat to the safety of business invitees to the property, including Rick Petty.

17. It was foreseeable to Defendant that this unreasonably dangerous condition could cause a business invitee such as Rick Petty to fall and sustain serious injury.

18. Defendant had a duty to warn, remedy, and protect business invites such as Rick Petty from the unreasonably dangerous condition on its premises.

19. Defendant breached its duties described above.

20. Defendant's breach of duties described above was negligence under Kentucky law.

21. Defendant's negligence was a substantial factor in causing Rick Petty's fall and injuries.

22. Defendant's negligence was a substantial factor in causing Rick Petty to suffer bodily injuries, and both physical and mental pain and suffering related to his injuries, medical treatment which included multiple surgeries and painful rehabilitation, loss of his freedom of movement, isolation, and his ongoing pain and suffering will continue in the future.

23. Defendant's negligence was a substantial factor in causing Rick Petty to incur expenses for medical care and treatment in the past, including multiple surgeries and painful, lengthy physical therapy and rehabilitation, and he will likely incur such expenses in the future.

24. As a result of his injuries, Rick Petty incurred lost wages and otherwise lost income.

25. Rick Petty's damages are in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

WHEREFORE, Rick Petty respectfully demands judgment against the Defendant as follows:

1. For his damages as appraised by a jury in amounts that will fairly compensate Rick Petty for his harms and losses, including the following:
    a. Past mental and physical pain and suffering;
    b. Future mental and physical pain and suffering;
    c. Future medical expenses and past medical expenses;
    d. Lost income;
    e. Pre-judgment and post-judgment interest, if appropriate;
2. A trial by jury;
3. Rick Petty's costs herein expended; and
4. Any and all other relief to which Rick Petty may appear to be entitled.

Respectfully submitted,

/s/ David Bryce Barber
David Bryce Barber, #85530
Barber Law Office
635 W. Main Street, Third Floor
Louisville KY   40202
(502) 819-3375
Fax:  (502) 638-4582
Email:  dbbarber@gmail.com
*Counsel for Rick Petty*

4



**Service of Process Transmittal**
01/25/2022
CT Log Number 540940789

**TO:** STEPHANIE MITCHELL
SIEMENS ENERGY & AUTOMATION, INC.
4800 N POINT PKWY STE 450
ALPHARETTA, GA 30022-3732

**RE:** Process Served in Kentucky

**FOR:** Siemens Mobility, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Rick Petty // To: Siemens Mobility, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 22CI000273 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/25/2022 postmarked on 01/21/2022 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/26/2022, Expected Purge Date: 01/31/2022 |
| | Image SOP |
| | Email Notification,  STEPHANIE MITCHELL  stephanie.mitchell@siemens.com |
| | Email Notification,  Service Of Process Legal Department  serviceofprocess.legaldepartment.us@siemens.com |
| | Email Notification,  SKIP LOCKARD  skip.lockard@siemens.com |
| | Email Notification,  DOREEN POOLE  doreen.poole@siemens.com |
| | Email Notification,  Shawn Dorvit  shawn.dorvit@siemens.com |
| | Email Notification,  Richard O'Connor  richard.oconnor@siemens.com |
| | Email Notification,  Nicholas Bruno  nicholas.bruno@siemens.com |
| | Email Notification,  Barbara Kotick  barbara.kotick@siemens.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>306 W. Main Street |



# Service of Process Transmittal
01/25/2022
CT Log Number 540940789

**TO:** STEPHANIE MITCHELL
SIEMENS ENERGY & AUTOMATION, INC.
4800 N POINT PKWY STE 450
ALPHARETTA, GA 30022-3732

**RE:** **Process Served in Kentucky**

**FOR:** Siemens Mobility, Inc.  (Domestic State: DE)

Suite 512
Frankfort, KY 40601

800-448-5350
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

NEOPOST
01/21/2022
US POSTAGE $013.53⁰

ZIP 40601
041M11456493

600 West Jefferson Street
Louisville, KY 40202-4731

9236 0901 9403 8364 0422 18

Restricted Delivery

CT CORPORATION SYSTEM
306 W. MAIN ST., SUITE 512
FRANKFORT, KY 40601



**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
02/14/2022 03:12:24 PM
88910

| | |
|---|---|
| **Case #:** 22-CI-000273 | **Envelope #:** 4226614 |
| **Received From:** DAVID BARBER | **Account Of:** DAVID BARBER |
| **Case Title:** PETTY, RICK VS. SIEMENS MOBILITY, INC. | **Confirmation Number:** 137537460 |
| **Filed On** 1/18/2022   5:41:00PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $13.33 |
| 8 | Charges For Services(Copy - Photocopy) | $0.60 |
| | **TOTAL:** | $281.93 |

Generated: 1/19/2022 — Page 1 of 1